1  LARA R. SHAPIRO (State Bar No. 227194)
2  4145 Via Marina # 324
   Marina del Rey, CA 90292
3  Telephone:  (310) 577-0870
4  Facsimile:  (424) 228-5351

5  *Of Counsel to*
6  LEMBERG & ASSOCIATES L.L.C.
   A Connecticut Law Firm
7  1100 Summer Street, 3rd
8  Stamford, CT 06905
   Telephone: (203) 653-2250
9  Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
   Robert Martz

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Robert Martz, | No.: 2:09-cv-05675-GAF-SS |
|---|---|
| Plaintiff, | **VOLUNTARY WITHDRAWAL** |
| v. | |
| Portfolio Recovery Associates, LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

Plaintiff, Robert Martz, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).


Plaintiff
____/s/ Lara Shapiro_____
LARA SHAPIRO
Attorney for Plaintiff


_____

SO ORDERED

DATED: November ___, 2009